E-FILED
Friday, 06 October, 2006 01:18:27 PM
Clerk, U.S. District Court, ILCD

IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT ROCK ISLAND

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

V.

MARIO R. LENDOS,

    Defendant/Petitioner.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 04-CR-40066

FILED
OCT - 6 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

I, __Mario R. Lendos__, declare that I am the (check appropriate box)

- ☐ petitioner/plaintiff
- ☒ Defendant/Petitioner
- ☐ respondent/defendant
- ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☒  No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and, give the name and address of your employer. (list both gross and net salary)
   I work at FCI Big Spring as a Sunrise Unit Orderly and I earn approximately $10.00 a month.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes ☐   No ☒
   b. Rent payments, interest or dividends?                       Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?             Yes ☐   No ☒
   d. Gifts or inheritances?                                      Yes ☐   No ☒
   e. Any other sources?                                          Yes ☒   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I receive approximately $100.00 a month from my family and friends.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes [X]    No [ ]    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   I have approximately $90.00 on my prison account.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes [ ]    No [X]

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None. I rely on my family and friends to support me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2006.

(Date)

Signature of Applicant

Mario R. Lendos

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 90.06 on account to his credit at the FCI Big Spring TX institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: none

I further certify that during the last six months the applicant's average balance was $ 110.76

Authorized Officer of Institution

6 mts deposits $1500.01

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| States Judge    Date | States Judge    Date |
| | or Magistrate |

Date: 09/26/2006          Federal Bureau of Prisons          Facility: BIG
Time: 12:01:46 pm          TRUFACS

## Inmate Statement
Sensitive But Unclassified

**Start Date:** 10/01/2005
**End Date:** 09/30/2006
**Inmate Reg#:** 13334026
**Account Status:** All
**Institution:** All

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNRISE | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 10/13/2005 04:00:53 AM | TX101305 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| BIG | 11/03/2005 04:00:50 AM | TX110305 | | | Transfer - In from TRUFACS | $75.00 | | $75.00 |
| BIG | 11/03/2005 06:26:59 PM | 161 | | | Sales | ($28.90) | | $46.10 |
| BIG | 11/04/2005 12:04:09 PM | 90 | | | Sales | ($3.65) | | $42.45 |
| BIG | 11/07/2005 12:04:16 PM | 90 | | | Sales | ($12.00) | | $30.45 |
| BIG | 11/08/2005 05:37:55 AM | 70144901 | | | Lockbox - CD | $450.00 | | $480.45 |
| BIG | 11/08/2005 11:56:04 AM | 58 | | | Sales | ($7.80) | | $472.65 |
| BIG | 11/08/2005 05:56:14 PM | 117 | | | Sales | ($73.20) | | $399.45 |
| BIG | 11/09/2005 05:58:56 PM | ITS1109 | | | Phone Withdrawal | ($80.00) | | $319.45 |
| BIG | 11/10/2005 12:38:06 PM | 155 | | | Sales | ($9.30) | | $310.15 |
| BIG | 11/15/2005 11:53:01 AM | 91 | | | Sales | ($9.60) | | $300.55 |
| BIG | 11/17/2005 06:18:42 PM | 183 | | | Sales | ($125.30) | | $175.25 |
| BIG | 11/17/2005 06:30:16 PM | 189 | | | Sales | $11.70 | | $186.95 |
| BIG | 11/18/2005 12:08:35 PM | 101 | | | Sales | ($13.00) | | $173.95 |
| BIG | 11/21/2005 11:56:11 AM | 53 | | | Sales | ($10.05) | | $163.90 |
| BIG | 11/22/2005 05:25:10 PM | 106 | | | Sales | ($33.05) | | $130.85 |
| BIG | 12/01/2005 06:51:00 PM | 38 | | | Sales | ($66.30) | | $64.55 |
| BIG | 12/01/2005 06:54:41 PM | 39 | | | Sales | ($42.30) | | $22.25 |
| BIG | 12/05/2005 09:27:46 AM | FICP1205 | | | Inmate Co-pay | ($2.00) | | $20.25 |

| | | | |
|---|---|---|---|
| Date: 09/26/2006 | Federal Bureau of Prisons | | Facility: BIG |
| Time: 12:01:47 pm | TRUFACS | | |
| | **Inmate Statement** | | |
| | Sensitive But Unclassified | | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNRISE | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 12/06/2005 07:05:39 AM | 33304806 | | | Western Union | $100.00 | | $120.25 |
| BIG | 12/09/2005 08:34:18 AM | FIPP1105 | | | Payroll - IPP | $5.25 | | $125.50 |
| BIG | 12/10/2005 05:12:07 AM | 70147101 | | | Lockbox - CD | $50.00 | | $175.50 |
| BIG | 12/13/2005 05:32:14 AM | 70147201 | | | Lockbox - CD | $100.00 | | $275.50 |
| BIG | 12/15/2005 05:49:41 PM | 155 | | | Sales | ($15.95) | | $259.55 |
| BIG | 12/21/2005 12:04:57 PM | 33305906 | | | Western Union | $300.00 | | $559.55 |
| BIG | 01/05/2006 12:14:49 PM | 105 | | | Sales | ($7.00) | | $552.55 |
| BIG | 01/10/2006 05:07:24 AM | 70149001 | | | Lockbox - CD | $40.00 | | $592.55 |
| BIG | 01/10/2006 08:20:49 AM | FIPP1205 | | | Payroll - IPP | $5.25 | | $597.80 |
| BIG | 01/11/2006 06:31:20 PM | 118 | | | Sales | ($21.70) | | $576.10 |
| BIG | 01/11/2006 06:32:32 PM | 119 | | | Sales | $0.00 | | $576.10 |
| BIG | 01/13/2006 05:20:57 AM | 70149301 | | | Lockbox - CD | $50.00 | | $626.10 |
| BIG | 01/13/2006 05:21:01 AM | 70149301 | | | Lockbox - CD | $60.00 | | $686.10 |
| BIG | 01/16/2006 09:29:43 PM | ITS0116 | | | Phone Withdrawal | ($36.00) | | $650.10 |
| BIG | 01/17/2006 12:17:17 PM | 119 | | | Sales | ($48.60) | | $601.50 |
| BIG | 01/18/2006 05:43:45 PM | 93 | | | Sales | ($105.60) | | $495.90 |
| BIG | 01/24/2006 09:24:51 PM | ITS0124 | | | Phone Withdrawal | ($20.00) | | $475.90 |
| BIG | 01/25/2006 05:18:12 PM | 54 | | | Sales | ($94.45) | | $381.45 |
| BIG | 01/27/2006 11:29:14 AM | 12 | | | Sales | ($4.20) | | $377.25 |
| BIG | 01/29/2006 10:42:57 PM | ITS0129 | | | Phone Withdrawal | ($30.00) | | $347.25 |
| BIG | 02/01/2006 05:48:43 PM | 61 | | | Sales | ($32.65) | | $314.60 |
| BIG | 02/06/2006 10:58:26 PM | ITS0206 | | | Phone Withdrawal | ($20.00) | | $294.60 |
| BIG | 02/08/2006 06:07:20 PM | 81 | | | Sales | ($6.10) | | $288.50 |
| BIG | 02/10/2006 08:30:44 AM | FIPP0106 | | | Payroll - IPP | $15.30 | | $303.80 |
| BIG | 02/12/2006 05:01:49 AM | 70151302 | | | Lockbox - CD | $100.00 | | $403.80 |
| BIG | 02/15/2006 05:26:05 PM | 50 | | | Sales | ($70.10) | | $333.70 |
| BIG | 02/16/2006 09:13:32 PM | ITS0216 | | | Phone Withdrawal | ($20.00) | | $313.70 |
| BIG | 02/22/2006 05:38:11 PM | 56 | | | Sales | ($61.20) | | $252.50 |
| BIG | 02/25/2006 08:45:26 PM | ITS0225 | | | Phone Withdrawal | ($32.00) | | $220.50 |
| BIG | 03/01/2006 05:15:59 AM | 70152401 | | | Lockbox - CD | $70.00 | | $290.50 |

| | Federal Bureau of Prisons | Facility: BIG |
|---|---|---|
| Date: 09/26/2006 | TRUFACS | |
| Time: 12:01:47 pm | **Inmate Statement** | |
| | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNRISE | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 03/01/2006 05:43:20 PM | 62 | | | Sales | ($31.70) | | $258.80 |
| BIG | 03/08/2006 05:34:06 PM | 53 | | | Sales | ($11.60) | | $247.20 |
| BIG | 03/09/2006 11:00:42 AM | 1 | | | Sales | ($13.45) | | $233.75 |
| BIG | 03/10/2006 09:01:36 AM | FIPP0206 | | | Payroll - IPP | $18.00 | | $251.75 |
| BIG | 03/16/2006 05:04:53 AM | 70153501 | | | Lockbox - CD | $100.00 | | $351.75 |
| BIG | 03/19/2006 12:08:50 PM | ITS0319 | | | Phone Withdrawal | ($30.00) | | $321.75 |
| BIG | 03/20/2006 11:49:28 AM | 48 | | | Sales | ($10.90) | | $310.85 |
| BIG | 03/21/2006 01:09:14 PM | 1161 | | | SPO | | ($83.40) | |
| BIG | 03/21/2006 05:37:19 PM | 113 | | | Sales | ($62.90) | | $247.95 |
| BIG | 04/03/2006 05:11:28 AM | 70154703 | | | Lockbox - CD | $60.00 | | $307.95 |
| BIG | 04/05/2006 05:38:55 PM | 59 | | | Sales | ($137.20) | | $170.75 |
| BIG | 04/07/2006 05:52:32 PM | ITS0407 | | | Phone Withdrawal | ($20.00) | | $150.75 |
| BIG | 04/10/2006 09:23:39 AM | FIPP0306 | | | Payroll - IPP | $75.03 | | $225.78 |
| BIG | 04/11/2006 05:21:35 PM | 160 | | | Sales | ($57.25) | | $168.53 |
| BIG | 04/11/2006 05:24:22 PM | 162 | | | Sales | ($7.00) | | $161.53 |
| BIG | 04/25/2006 05:39:01 PM | 127 | | | Sales | ($17.70) | | $143.83 |
| BIG | 04/26/2006 08:35:07 PM | ITS0426 | | | Phone Withdrawal | ($25.00) | | $118.83 |
| BIG | 04/28/2006 05:15:41 AM | 70156601 | | | Lockbox - CD | $150.00 | | $268.83 |
| BIG | 05/03/2006 11:25:22 AM | 23 | | | Sales | ($40.55) | | $228.28 |
| BIG | 05/03/2006 03:00:51 PM | FICP0506 | | | Inmate Co-pay | ($2.00) | | $226.28 |
| BIG | 05/05/2006 11:31:29 AM | 44 | | | Sales | ($4.00) | | $222.28 |
| BIG | 05/07/2006 02:45:27 PM | ITS0507 | | | Phone Withdrawal | ($22.00) | | $200.28 |
| BIG | 05/09/2006 12:08:30 PM | 98 | | | Sales | ($22.70) | | $177.58 |
| BIG | 05/09/2006 05:40:42 PM | 140 | | | Sales | ($78.20) | | $99.38 |
| BIG | 05/10/2006 09:11:03 AM | FIPP0406 | | | Payroll - IPP | $67.68 | | $167.06 |
| BIG | 05/14/2006 05:04:28 AM | 70157702 | | | Lockbox - CD | $75.00 | | $242.06 |
| BIG | 05/16/2006 12:08:35 PM | 86 | | | Sales | ($2.80) | | $239.26 |
| BIG | 05/16/2006 05:21:39 PM | 118 | | | Sales | ($72.50) | | $166.76 |
| BIG | 05/17/2006 06:51:35 PM | ITS0517 | | | Phone Withdrawal | ($15.00) | | $151.76 |
| BIG | 05/19/2006 06:04:13 AM | 33316606 | | | Western Union | $170.00 | | $321.76 |

| | | |
|---|---|---|
| Date: 09/26/2006 | Federal Bureau of Prisons | Facility: BIG |
| Time: 12:01:47 pm | TRUFACS | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNRISE | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 05/19/2006 12:21:03 PM | 1161 | | | SPO - Released | | $83.40 | |
| BIG | 05/19/2006 12:21:03 PM | 114 | | | Sales | ($51.15) | | $270.61 |
| BIG | 05/23/2006 06:37:24 PM | 153 | | | Sales | ($29.40) | | $241.21 |
| BIG | 05/24/2006 08:30:52 PM | ITS0524 | | | Phone Withdrawal | ($30.00) | | $211.21 |
| BIG | 05/26/2006 12:07:35 PM | 115 | | | Sales | ($6.30) | | $204.91 |
| BIG | 05/26/2006 06:09:15 PM | 166 | | | Sales | ($1.30) | | $203.61 |
| BIG | 05/30/2006 05:55:56 PM | 142 | | | Sales | ($64.25) | | $139.36 |
| BIG | 06/01/2006 11:59:43 AM | 83 | | | Sales | $0.00 | | $139.36 |
| BIG | 06/01/2006 11:10:05 PM | ITS0601 | | | Phone Withdrawal | ($10.00) | | $129.36 |
| BIG | 06/03/2006 05:02:40 AM | 70159101 | | | Lockbox - CD | $60.00 | | $189.36 |
| BIG | 06/06/2006 11:04:35 AM | 3 | | | Sales | ($15.00) | | $174.36 |
| BIG | 06/06/2006 05:32:25 PM | ITS0606 | | | Phone Withdrawal | ($20.00) | | $154.36 |
| BIG | 06/06/2006 06:14:32 PM | 147 | | | Sales | ($47.05) | | $107.31 |
| BIG | 06/09/2006 09:07:58 AM | FIPP0506 | | | Payroll - IPP | $47.85 | | $155.16 |
| BIG | 06/12/2006 07:37:01 PM | ITS0612 | | | Phone Withdrawal | ($15.00) | | $140.16 |
| BIG | 06/13/2006 06:04:52 PM | 131 | | | Sales | ($100.65) | | $39.51 |
| BIG | 06/16/2006 11:02:20 AM | 5 | | | Sales | ($17.00) | | $22.51 |
| BIG | 06/19/2006 05:20:26 PM | 101 | | | Sales | ($22.30) | | $0.21 |
| BIG | 06/23/2006 05:31:04 AM | 70160501 | | | Lockbox - CD | $50.00 | | $50.21 |
| BIG | 06/24/2006 10:49:56 PM | ITS0624 | | | Phone Withdrawal | ($10.00) | | $40.21 |
| BIG | 07/02/2006 05:09:11 AM | 70161102 | | | Lockbox - CD | $40.00 | | $80.21 |
| BIG | 07/07/2006 05:45:42 PM | 126 | | | Sales | ($58.85) | | $21.36 |
| BIG | 07/08/2006 06:43:22 PM | ITS0708 | | | Phone Withdrawal | ($10.00) | | $11.36 |
| BIG | 07/10/2006 09:41:24 AM | FIPP0606 | | | Payroll - IPP | $70.85 | | $82.21 |
| BIG | 07/11/2006 05:22:57 AM | 70161601 | | | Lockbox - CD | $50.00 | | $132.21 |
| BIG | 07/14/2006 05:42:14 PM | 144 | | | Sales | ($93.00) | | $39.21 |
| BIG | 07/15/2006 06:19:46 PM | ITS0715 | | | Phone Withdrawal | ($19.00) | | $20.21 |
| BIG | 07/18/2006 05:35:50 AM | 70162101 | | | Lockbox - CD | $50.00 | | $70.21 |
| BIG | 07/18/2006 11:46:42 AM | 68 | | | Sales | ($0.45) | | $69.76 |
| BIG | 07/21/2006 05:39:18 PM | 119 | | | Sales | ($54.05) | | $15.71 |

| Date: 09/26/2006 | Federal Bureau of Prisons | Facility: BIG |
| --- | --- | --- |
| Time: 12:01:47 pm | TRUFACS | |

## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
| --- | --- | --- | --- |
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNRISE | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BIG | 07/25/2006 11:13:54 AM | 14 | | | Sales | ($3.90) | | $11.81 |
| BIG | 07/28/2006 06:13:39 PM | 121 | | | Sales | ($7.50) | | $4.31 |
| BIG | 07/28/2006 06:19:26 PM | 149 | | | Sales | ($2.10) | | $2.21 |
| BIG | 08/03/2006 09:02:17 AM | 70163301 | | | Lockbox - CD | $50.00 | | $52.21 |
| BIG | 08/04/2006 06:47:31 PM | 152 | | | Sales | ($18.50) | | $33.71 |
| BIG | 08/04/2006 06:55:50 PM | 159 | | | Sales | ($4.00) | | $29.71 |
| BIG | 08/06/2006 09:31:05 PM | ITS0806 | | | Phone Withdrawal | ($15.00) | | $14.71 |
| BIG | 08/10/2006 10:08:52 AM | FIPP0706 | | | Payroll - IPP | $67.68 | | $82.39 |
| BIG | 08/10/2006 09:11:00 PM | ITS0810 | | | Phone Withdrawal | ($22.00) | | $60.39 |
| BIG | 08/11/2006 05:54:01 PM | 26 | | | Sales | ($60.05) | | $0.34 |
| BIG | 08/12/2006 05:03:22 AM | 70164001 | | | Lockbox - CD | $50.00 | | $50.34 |
| BIG | 08/12/2006 05:03:26 AM | 70164001 | | | Lockbox - CD | $50.00 | | $100.34 |
| BIG | 08/18/2006 12:04:20 PM | 60 | | | Sales | ($10.25) | | $90.09 |
| BIG | 08/18/2006 05:25:29 PM | 119 | | | Sales | ($36.70) | | $53.39 |
| BIG | 08/22/2006 05:03:03 PM | 153 | | | Sales | ($43.70) | | $9.69 |
| BIG | 08/26/2006 05:27:05 AM | 70165001 | | | Lockbox - CD | $50.00 | | $59.69 |
| BIG | 08/27/2006 09:58:50 PM | ITS0827 | | | Phone Withdrawal | ($15.00) | | $44.69 |
| BIG | 08/29/2006 05:23:47 AM | 70165101 | | | Lockbox - CD | $60.00 | | $104.69 |
| BIG | 08/29/2006 05:19:36 PM | 163 | | | Sales | ($51.75) | | $52.94 |
| BIG | 08/31/2006 11:29:54 AM | 46 | | | Sales | ($15.00) | | $37.94 |
| BIG | 09/04/2006 10:48:24 PM | ITS0904 | | | Phone Withdrawal | ($17.00) | | $20.94 |
| BIG | 09/06/2006 05:44:23 AM | 70165601 | | | Lockbox - CD | $50.00 | | $70.94 |
| BIG | 09/06/2006 06:56:27 AM | 26 | | | Sales | ($31.95) | | $38.99 |
| BIG | 09/08/2006 09:37:18 AM | FIPP0806 | | | Payroll - IPP | $10.92 | | $49.91 |
| BIG | 09/09/2006 05:11:08 AM | 70165901 | | | Lockbox - CD | $45.00 | | $94.91 |
| BIG | 09/09/2006 10:23:28 PM | ITS0909 | | | Phone Withdrawal | ($24.00) | | $70.91 |
| BIG | 09/12/2006 05:28:29 PM | 207 | | | Sales | ($36.35) | | $34.56 |
| BIG | 09/15/2006 05:07:39 AM | 70166301 | | | Lockbox - CD | $100.00 | | $134.56 |
| BIG | 09/18/2006 12:29:25 PM | 127 | | | Sales | ($7.70) | | $126.86 |
| BIG | 09/19/2006 11:49:35 AM | 78 | | | Sales | ($1.35) | | $125.51 |

| | | |
|---|---|---|
| Date: 09/26/2006 | Federal Bureau of Prisons | Facility: BIG |
| Time: 12:01:47 pm | TRUFACS | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | SUNRISE | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 09/21/2006 11:16:00 AM | 21 | | | Sales | ($12.45) | | $113.06 |
| BIG | 09/23/2006 10:20:55 PM | ITS0923 | | | Phone Withdrawal | ($23.00) | | $90.06 |
| | **Total Transactions:** | **141** | | | **Totals:** | **$90.06** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | $90.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.06 |
| **Totals:** | **$90.06** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$90.06** |

## CERTIFICATE OF SERVICE

I, <u>Mario R. Lendos</u>, hereby certify that I have served a true and correct copy of the following:

1. **PETITION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY, AND,**

2. **APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER,**

which is deemed filed at the time it was delivered to prison authorities for forwarding,*<u>Houston v. Lack</u>, 487 U.S. 266 (1988), upon the (plaintiff/defendant) (petitioner/respondent) (appellant/appellee) and/or its attorney(s) of record by placing same in a sealed first-class postage prepaid envelope addressed to:

> UNITED STATES ATTORNEY'S OFFICE
> 1830 2nd AVENUE, SUITE 320
> ROCK ISLAND, ILLINOIS 61201

and deposited into this institution internal mail system located at FCI BIG SPRING, 1900 Simler Avenue, Big Spring, Texas 79720, on this <u>29</u>th day of <u>September</u>, 200<u>6</u>

*signature*
Mario R. Lendos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

*Pursuant to Fed.R.App.P25(a)(2)(c), "A paper filed by an inmate confined in an institution is timely filed if deposited in the institution's internal mail system on or before the last day for filing."