E-FILED
Friday, 06 October, 2006  01:26:00 PM
Clerk, U.S. District Court, ILCD

INTERPRETER

# U.S. District Court
## United States District Court for the Central District of Illinois (Rock Island)
## CRIMINAL DOCKET FOR CASE #: 4:04-cr-40066-MMM-JAG-1
### Internal Use Only

Case title: USA v. Lendos et al  
Magistrate judge case number: 4:04-mj-06414-JAG

Date Filed: 08/04/2004  
Date Terminated: 09/23/2005

Assigned to: Judge Michael M. Mihm  
Referred to: Magistrate Judge John A. Gorman

Appeals court case number: '05-4547' 'USCA'

### Defendant

**Mario R Lendos** (1)  
*TERMINATED: 09/23/2005*

represented by **Steven W Hanna**  
418 16th St  
Moline, IL 61265  
309-797-9000  
Fax: 309-762-0177  
Email: steve@hanna-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

### Pending Counts

NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE, On or about November 2003 to on or about June 13, 2004 Conspiracy to Possess with Intent to Distribute 13 kilograms of a mixture and substance containing Heroin in violation of 21 USC 841(a)(1) and (b)(1)(A) and 21 USC 846  
(1)

NARCOTICS - SELL, DISTRIBUTE, OR DISPENSEOn or about June 13, 2004 Possession with Intent to Distribute 13 kilograms of a mixture and substance containing Heroin in violation of 21 USC 841(a)(1) and (b)(1)(A)  
(2)

### Disposition

dismissed by Govt

175 months BOP; 5 yrs SR; $100.00 SA=due immediately; Special Recommendations to BOP and Special Conditions of Supervision

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841A=ND.F,On or about June 13, 2004 Conspiracy to possess with intent to distribute heroin, On or about June 13, 2004 Possession with Intent to Distribute heroin in violation of 21:841(a)(1), 841(b)(1)(A) and 846 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jeffrey B Lang**<br>US ATTY<br>1830 2nd Avenue<br>Rock Island, IL 61201-8003<br>309-793-5884<br>Fax: 309-793-5895<br>Email: jeffrey.lang2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John K Mehochko**<br>US ATTY<br>1830 2nd Avenue<br>Rock Island, IL 61201-8003<br>309-793-5884<br>Fax: 309-793-5895<br>Email: john.mehochko@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | COMPLAINT as to Mario R Lendos (1), Angelina Guevara Fuentes Lendos (2). (DK, ilcd)[4:04-mj-06414-JAG] (Entered: 07/16/2004) |
| 07/16/2004 | 2 | Arrest Warrant Issued by Thomas J. Shields as to Mario R Lendos. (DK, |

| | | |
|---|---|---|
| | | ilcd)[4:04-mj-06414-JAG] (Entered: 07/16/2004) |
| 07/16/2004 | | Arrest of Mario R Lendos (DK, ilcd)[4:04-mj-06414-JAG] (Entered: 07/20/2004) |
| 07/16/2004 | | Minute Entry for proceedings held before Judge Thomas J. Shields RE: MARIO LENDOS: Parties present in open court with Atty Lang and dft personally forInitial Appearance as to Mario R Lendos held on 7/16/2004. Interpreter Maria Diaz sworn to interpret[4:04. Dft advised of charges. Dft advised of right to hire counsel. Dft indicates he has retained Atty Steve Hanna. Atty Hanna not present at this time. Govt requests detention of this dft. Court orders dft detained pending a Detention Hearing set for Th[4:04ursday, 7/22/2004 at 09:00 AM before Mag. Judge Thomas J. Shields in person in Rock Island. Dft remanded to the custody of the U.S. Marshal.(DK, ilcd)(cc: all counsel/US Mar RI/Peo/Prob)[4:04-mj-06414-JAG] (Entered: 07/20/2004) |
| 07/16/2004 | 4 | ORDER OF DETENTION as to Mario R Lendos. Entered by Judge Thomas J. Shields on 7/16/04. (DK, ilcd)[4:04-mj-06414-JAG] (Entered: 07/20/2004) |
| 07/16/2004 | | (Court only) ***Procedural Interval start as to Mario R Lendos - P1 should have started 7/16/04 (DK, ilcd)[4:04-mj-06414-JAG] (Entered: 07/20/2004) |
| 07/22/2004 | 6 | NOTICE OF ATTORNEY APPEARANCE: Steven W Hanna appearing for Mario R Lendos (DK, ilcd)[4:04-mj-06414-JAG] (Entered: 07/22/2004) |
| 07/22/2004 | | Minute Entry for proceedings held before Judge Thomas J. Shields RE: MARIO LENDOS. Parties present in open court with Attys Mehochko/Hanna and dft personally for Detention Hearing as to Mario R Lendos held on 7/22/2004. Dft advised of right to prelim[4:04inary hearing. Dft waives preliminary hearing. Court finds that there is probable cause and this case is bound over to the Grand Jury. Dft waives detention hearing. Court orders dft detained pending trial. Dft remanded to the custody of the US Marsh[4:04al.(DK, ilcd)(cc: all counsel/US Mar RI/Peo/Prob)[4:04-mj-06414-JAG] (Entered: 07/22/2004) |
| 07/22/2004 | 7 | ORDER OF DETENTION PENDING TRIAL Entered by Judge Thomas J. Shields on 7/22/04as to Mario R Lendos (DK, ilcd)(cc: all counsel/US Mar RI/Peo/Prob)[4:04-mj-06414-JAG] (Entered: 07/22/2004) |
| 07/26/2004 | 9 | Arrest Warrant Returned Executed on 7/16/04. as to Mario R Lendos. (DK, ilcd)[4:04-mj-06414-JAG] (Entered: 07/26/2004) |
| 08/04/2004 | 15 | INDICTMENT as to Mario R Lendos (1) count(s) 1, 2, Angelina Guevara Fuentes Lendos (2) count(s) 1, 2. (DK, ilcd) (Entered: 08/05/2004) |
| 08/05/2004 | | ORDER Entered by Judge Thomas J. Shields on 8/5/04. Court is setting this case for Arraignment on Friday, 8/13/2004 at 10:00 AM before Mag. Judge Thomas J. Shields in person in Rock Island.(DK, ilcd)(cc: all |

| | | |
|---|---|---|
| | | counsel/US Mar RI/Peo/Prob) (Entered: 08/05/2004) |
| 08/13/2004 | 🔵 | Minute Entry for proceedings held before Judge Thomas J. Shields RE: MARIO LENDOS. Interpreter Maria Diaz sworn to interpret. Parties present in open court with Attys Mehochko/Hanna and dft personally for Arraignment as to Mario R Lendos (1) Count 1,2 held on 8/13/2004. Dft waives reading of indictment in open court. Dft advised of charges and possible penalties. Dft enters pleas of not guilty to all counts and demands jury trial. Pleas received and entered of record and case is set for Jury Trial on Monday, 10/4/2004 at 08:30 AM before Judge Michael M. Mihm in person in Rock Island. Case is set for Pending motion/Pretrial Conference on Friday, 9/24/2004 at 11:30 AM before Judge Michael M. Mihm in person in Rock Island. Dft remanded to the custody of the U.S. Marshal.(DK, ilcd)(cc: all counsel/US Mar RI/Peo/Prob) (Entered: 08/13/2004) |
| 08/13/2004 | 🔵17 | SCHEDULING ORDER as to Mario R Lendos Entered by Judge Thomas J. Shields on 8/13/04. (DK, ilcd) (Entered: 08/13/2004) |
| 09/08/2004 | 🔵18 | MOTION for Handwriting Exemplars by USA as to Mario R Lendos. (Mehochko, John) (Entered: 09/08/2004) |
| 09/24/2004 | 🔵 | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Mehochko/Hanna/Gibson and both dfts forPretrial Conference as to Mario R Lendos and Angelina Guevara Fuentes Lendos held on 9/24/2004. Interpreter Rosa Knapp sworn to interpret and Atty Hanna brought interpreter Frank Soliz to interpret for his client. Dft's request continuance of the jury trial. So ordered. The Jury Trial is RESET for Monday, 12/13/2004 at 08:30 AM before Judge Michael M. Mihm in person in Rock Island. Case is set for Supplemental Final Pretrial Conference on Friday, 11/19/2004 at 03:00 PM before Judge Michael M. Mihm in person in Rock Island. Court finds that it is in the interest of justice that the time between today and 12/13/04 is excludable pursuant to the Speedy Trial Act. Excludable started as to Mario R Lendos, Angelina Guevara Fuentes Lendos. Court is granting 18 Motion for Handwriting Exemplars as to Mario R Lendos (1) and granting [19] Motion for Handwriting Exemplars as to Angelina Guevara Fuentes Lendos. Any pretrial motions are to be filed within 3 weeks of today. Both dfts remanded to the custody of the U.S. Marshal. (Court Reporter KH.)(DK, ilcd) Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Mehochko/Hanna/Gibson and both dfts forPretrial Conference as to Mario R Lendos and Angelina Guevara Fuentes Lendos held on 9/24/2004. Interpreter Rosa Knapp sworn to interpret and Atty Hanna brought interpreter Frank Soliz to interpret for his client. Dft's request continuance of the jury trial. So ordered. The Jury Trial is RESET for Monday, 12/13/2004 at 08:30 AM before Judge Michael M. Mihm in person in Rock Island. Case is set for Supplemental Final Pretrial Conference on Friday, 11/19/2004 at 03:00 PM before Judge Michael M. Mihm in person in Rock Island. Court finds that it is in the interest of justice that the time between today and 12/13/04 is excludable pursuant |

| | | |
|---|---|---|
| | | to the Speedy Trial Act. Excludable started as to Mario R Lendos, Angelina Guevara Fuentes Lendos. Court is granting 18 Motion for Handwriting Exemplars as to Mario R Lendos (1) and granting [19] Motion for Handwriting Exemplars as to Angelina Guevara Fuentes Lendos. Any pretrial motions are to be filed within 3 weeks of today. Both dfts remanded to the custody of the U.S. Marshal.(Court Reporter KH.)(DK, ilcd) (Entered: 09/24/2004) |
| 10/13/2004 | 20 | MOTION to Suppress *Evidence* by Mario R Lendos. (Hanna, Steven) (Entered: 10/13/2004) |
| 10/14/2004 | | TEXT ORDER Entered by Judge Michael M. Mihm on 10/14/04. The Court isstriking 20 Motion to Suppress as to Mario R Lendos (1) as this document is not signed by the attorney. Attorney Hanna is instructed to re-file this document bearing the "s/Steve Hanna" signature.(DK, ilcd) (Entered: 10/14/2004) |
| 10/14/2004 | 21 | MOTION to Suppress *Evidence* by Mario R Lendos. (Hanna, Steven) (Entered: 10/14/2004) |
| 10/26/2004 | 22 | Subpoena *in a Criminal Case* by Mario R Lendos for Wells Fargo Bank. (Hanna, Steven) (Entered: 10/26/2004) |
| 11/10/2004 | 23 | MOTION to Continue *Pre-Trial Conference and Motion to Suppress and Jury Trial* by Mario R Lendos. (Hanna, Steven) (Entered: 11/10/2004) |
| 11/12/2004 | 24 | Certificate of Service by Mario R Lendos (Hanna, Steven) (Entered: 11/12/2004) |
| 11/16/2004 | | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present via phone with Attys Mehochko/Hanna/Gibson forStatus Conference as to Mario R Lendos, Angelina Guevara Fuentes Lendos held on 11/16/2004. Discussion held re: motion to suppress and motion to continue. The motion to suppress will not be heard on 11/19/04, however this case remains set for Pretrial Conference on 11/19/04 at 3:00 in person in Rock Island. (DK, ilcd) (Entered: 11/16/2004) |
| 11/17/2004 | | Set/Reset Deadlines/Hearings as to Mario R Lendos, Angelina Guevara Fuentes Lendos : Pretrial Conference set for 11/19/2004 at 01:30 PM in Rock Island before Judge Michael M. Mihm. PLEASE NOTE THIS IS A CHANGE IN TIME ONLY. (c: All Counsel/USM/USPO/Ct. Rept.) (CG, ilcd) (Entered: 11/17/2004) |
| 11/19/2004 | | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Mehochko/Hanna with dft Mario Lendos and Atty Gibson with dft Angelina Lendos for Pretrial Conference as to Mario R Lendos, Angelina Guevara Fuentes Lendos held on 11/19/2004. Interpreter Maria Diaz sworn to interpret. Court isgranting 23 dft Mario Lendos' Motion to Continue. The jury trial previously set for 12/13/04 is vacated and the Jury Trial is RESET to Monday, 2/28/2005 at 08:30 AM before Judge Michael M. Mihm in Rock Island. Case is set for Supplemental Pretrial Conference on Friday, 2/11/2005 at 01:00 PM before Judge Michael M. Mihm in person in |

| | | |
|---|---|---|
| | | Rock Island. Court finds that it is in the interest of justice that the time between today and 2/28/05 is excludable pursuant to the Speedy Trial Act. Excludable started as to Mario R Lendos and Angelina Guevara Fuentes Lendos. Both dfts remanded to the custody of the U.S. Marshal. (Court Reporter KH.) (DK, ilcd) (Entered: 11/19/2004) |
| 01/27/2005 | ● | Remark: Interpreter from Translations Unlimited hired to interpret on 2/11/05 at 1:00pm (DK, ilcd) (Entered: 01/27/2005) |
| 02/10/2005 | ● | Set/Reset Deadlines/Hearings as to Mario R Lendos, Angelina Guevara Fuentes Lendos: Pretrial Conference set for 2/11/2005 at 09:00 AM before Judge Michael M. Mihm. PLEASE NOTE THIS IS A CHANGE IN TIME ONLY. (c: All Counsel/USM/USPO/Ct. Rept.) (CG, ilcd) (Entered: 02/10/2005) |
| 02/10/2005 | ● | Set/Reset Deadlines/Hearings as to Mario R Lendos, Angelina Guevara Fuentes Lendos: Jury Trial previously set for 2/28/05 is vacated and reset for 3/21/2005 at 08:30 AM before Judge Michael M. Mihm. Pretrial Conference is reset for 3/11/2005 at 09:00 AM before Judge Michael M. Mihm. Interpreter needed. (c: All Counsel/USM/USPO/Ct. Rept.) (CG, ilcd) (Entered: 02/10/2005) |
| 03/10/2005 | ● | Remark: Interpreter from Translations Unlimited hired for 3/11/05 at 9:00 (DK, ilcd) (Entered: 03/10/2005) |
| 03/10/2005 | ● | Set/Reset Deadlines/Hearings as to Mario R Lendos, Angelina Guevara Fuentes Lendos: Pretrial Conference set for 3/11/2005 at 09:45 AM before Judge Michael M. Mihm. PLEASE NOTE THIS IS A CHANGE IN TIME ONLY. (c: All Counsel/USM/USPO/Ct. Rept.) (CG, ilcd) (Entered: 03/10/2005) |
| 03/11/2005 | ● | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Lang/Hanna with dft Mario and Atty DePorter for Atty Gibson with dft Angelina forPretrial Conference as to Mario R Lendos, Angelina Guevara Fuentes Lendos held on 3/11/2005. Dft's request a continuance. So ordered. Case is RESET for Pretrial Conference on Thursday, 4/21/2005 at 10:00 AM before Judge Michael M. Mihm in Rock Island. Jury trial previously set for 3/21/05 is vacated and the Jury Trial is RESET to Monday, 5/9/2005 at 08:30 AM before Judge Michael M. Mihm in person in Rock Island. Court finds that it in the interest of justice that the time between today and 5/9/05 is excludable pursuant to the Speedy Trial Act. Excludable started as to Mario R Lendos, Angelina Guevara Fuentes Lendos. Dfts remanded to the custody of the U.S. Marshal. (Court Reporter KH.) (DK, ilcd) (Entered: 03/11/2005) |
| 04/13/2005 | ● | Remark: Interpreter from Translations Unlimited hired for 4/21/05 at 10:00am for PTC (DK, ilcd) (Entered: 04/13/2005) |
| 04/21/2005 | ● | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Lang/Hanna with dft Mario Lendos and Atty Gibson with dft Angelina Lendos forPretrial Conference as to Mario R Lendos, Angelina Guevara Fuentes Lendos held on |

| | | |
|---|---|---|
| | | 4/21/2005. Interpreter Pilar Haas sworn to interpret. Dfts request continuance. So ordered. Case is set for Change of Plea Hearing on Thursday, 5/12/2005 at 01:00 PM before Judge Michael M. Mihm in person in PEORIA. The jury trial previously set for 5/9/05 is vacated and the Jury Trial is RESET for Monday, 5/16/2005 at 08:30 AM before Judge Michael M. Mihm in Rock Island. Court finds that it is in the interest of justice that the time between today and 5/16/05 is excludable pursuant to the Speedy Trial Act. Excludable started as to Mario R Lendos, Angelina Guevara Fuentes Lendos. Both defendants remanded to the custody of the U.S. Marshal. (Court Reporter KH.) (DK, ilcd) (Entered: 04/21/2005) |
| 04/26/2005 | 🌐 | Remark: Interpreter Eva Bethune hired to interpret for both Defendants on 5/12/05 at 1:00pm in Peoria, IL. (Interpreter will arrive at 12:30) cc:docket sheet to interpreter (HK, ilcd) (Entered: 04/26/2005) |
| 05/12/2005 | 🌐 | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Mehochko/Hanna/Gibson and dfts Mario and Angelina Lendos forPretrial Conference as to Mario R Lendos and Angelina Guevara Fuentes Lendos held on 5/12/2005. Interpreter Bethune sworn to interpret. Dft Angelina Lendos requests continuance. Same granted. Dft Mario Lendos also continued. Both dft are set for Change of Plea Hearing on Thursday, 5/19/2005 at 11:00 AM before Judge Michael M. Mihm in person in PEORIA. Court is cancelling the jury trial set for 5/16/05 and is resetting the Jury Trial to Monday, 5/23/05 at 8:30 in Rock Island. Court finds that it is in the interest of justice that the time between today and 5/23/05 is excludable pursuant to the Speedy Trial Act. Excludable started as to Mario R Lendos, Angelina Guevara Fuentes Lendos. Both dfts remanded to the custody of the U.S. Marshal.(Court Reporter JJ.) (DK, ilcd) (Entered: 05/12/2005) |
| 05/12/2005 | 🌐 | Set/Reset Deadlines/Hearings as to Mario R Lendos, Angelina Guevara Fuentes Lendos: Pursuant to the 5/12/05 minute entry, the Jury Trial previously set for 5/16/05 is vacated and the Jury Trial is RESET to Monday, 5/23/2005 at 08:30 AM before Judge Michael M. Mihm in person in Rock Island. (DK, ilcd) (Entered: 05/12/2005) |
| 05/19/2005 | 🌐 | Minute Entry for proceedings held before Judge Michael M. Mihm. Parties present in open court with Attys Mehochko/Hanna and dft Mario personally for Change of Plea Hearing as to Mario R Lendos held on 5/19/2005. Interpreter E. Bethune sworn to interpret. Written plea agreement filed. Dft sworn to answer questions and is found competent to proceed. Court advises dft of consequences if found guilty. Court advised dft of constitutional right to a jury trial. Statement made by dft re: what actually occured. AUSA makes factual basis and same agreed to by dft and his atty. Court permits dft to withdraw plea of not guilty and dft enters a guilty plea to Count 2. Court accepts the plea and judgment of conviction entered. Court is setting this case for Sentencing hearing on Friday, 8/26/2005 at 01:00 PM before Judge Michael M. Mihm in person in Rock Island. Court is finding as moot [21](#) dft's Motion to Suppress as to |

| | | |
|---|---|---|
| | | Mario R Lendos (1). The jury trial previously set on 5/23/05 is vacated. Dft remanded to the custody of the U.S. Marshal. (Court Reporter JJ.) (DK, ilcd) (Entered: 05/19/2005) |
| 05/19/2005 | 25 | PLEA AGREEMENT as to Mario R Lendos (DK, ilcd) (Entered: 05/19/2005) |
| 05/20/2005 | | (Court only) *** Terminate Hearing as to Mario R Lendos: Vacating the jury trial set for 5/23/05 as dft plead guilty on 5/19/05. (DK, ilcd) (Entered: 05/20/2005) |
| 06/03/2005 | | (Court only) *** Terminate Deadlines and Hearings as to Angelina Guevara Fuentes Lendos: Change of plea hrg set for 5/19/05 satisfied as only a Pretrial conference was held on that date. (DK, ilcd) (Entered: 06/03/2005) |
| 08/12/2005 | 27 | MOTION to Continue by USA as to Mario R Lendos. (Mehochko, John) (Entered: 08/12/2005) |
| 08/18/2005 | | Text ORDER granting 27 Motion to Continue as to Mario R Lendos (1) Sentencing set for 9/22/2005 at 11:00 AM in PEORIA in Courtroom A before Judge Michael M. Mihm.. Entered by Judge Michael M. Mihm on 9/22/05. CLERK TO NOTIFY INTEPRETER OF CHANGE. (c: All Counsel/USM/USPO/Ct. Rept.)(CG, ilcd) (Entered: 08/18/2005) |
| 08/19/2005 | | Remark: Arturo Guadalajara hired to interpret for Mario Lendos on 9/22/05 at 11:00am in Peoria, IL. (cc:docket sheet) (HK, ilcd) Modified on 8/19/2005 (HK, ilcd). (Entered: 08/19/2005) |
| 09/21/2005 | 28 | SENTENCING MEMORANDUM by Mario R Lendos (Hanna, Steven) (Entered: 09/21/2005) |
| 09/22/2005 | 29 | +++ **PRESENTENCE INVESTIGATION REPORT** as to Mario R Lendos (HK, ilcd) (Entered: 09/22/2005) |
| 09/22/2005 | 30 | +++ **SENTENCING RECOMMENDATION** as to Mario R Lendos, Mario R Lendos. (HK, ilcd) (Entered: 09/22/2005) |
| 09/22/2005 | | Minute Entry for proceedings held before Judge Michael M. Mihm: AUSA Mehochko & Hanna present in open court in Peoria with Mario Lendos for Sentencing. Same held 9/22/05. Arturo Guadalajara sworn to interpret. Dft withdraws some objections to PSR & evidence presented by Dft on remainder of objections. Dft rests. Evidence presented by Govt. Govt rests. Arguments by counsel. Court rules on objections. AUSA makes statement. Deft & Atty make statement in mitigation of punishment. Court sentences as follows: Count 1 is dismissed by Govt; Counts 2, 175 months BOP; 5 yrs SR; $100.00 SA=due immediately; Special Recommendations to BOP and Special Conditions of Supervision. See Judgment & Commitment. Dft advised of right to appeal & is remanded to custody of US Mar. (Court Reporter K. Hanna.) (HK, ilcd) (Entered: 09/22/2005) |
| 09/23/2005 | 31 | JUDGMENT as to Mario R Lendos (1), Count 1, dismissed by Govt; Count 2, 175 months BOP; 5 yrs SR; $100.00 SA=due immediately; |

|  |  |  |
|---|---|---|
|  |  | Special Recommendations to BOP and Special Conditions of Supervision. Entered by Judge Michael M. Mihm on 9/23/05. (HK, ilcd) (Entered: 09/23/2005) |
| 09/23/2005 | 32 | **+++ SEALED DOCUMENT-Unredacted J&C Lendos.** (HK, ilcd) (Entered: 09/23/2005) |
| 09/23/2005 | 33 | **+++ STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Mario R Lendos (HK, ilcd) (Entered: 09/23/2005) |
| 12/06/2005 | 34 | NOTICE OF APPEAL by Mario R Lendos re 31 Judgment, Filing fee of $255.00 NOT PAID. (DK, ilcd) (Entered: 12/08/2005) |
| 12/08/2005 | 35 | Short Record of Appeal as to Mario R Lendos sent to US Court of Appeals re 34 Notice of Appeal - Final Judgment (DK, ilcd) (Entered: 12/08/2005) |
| 12/13/2005 | 36 | ORDER of USCA (certified copy) as to Mario R Lendos re 34 Notice of Appeal - Final Judgment. Appellant Mario Lendos is ordered to pay the $255.00 Appeal fee within 14 days or file a motion to appeal IFP. (DK, ilcd) (Entered: 12/13/2005) |
| 12/13/2005 | 37 | USCA Case Number as to Mario R Lendos 05-4547 for 34 Notice of Appeal - Final Judgment filed by Mario R Lendos. (DK, ilcd) (Entered: 12/13/2005) |
| 01/23/2006 | 38 | ORDER of USCA (certified copy) as to Mario R Lendos re 34 Notice of Appeal - Final Judgment. The pro-se appellant erroneously filed his Motion to Appeal If Forma Pauperis with the USCA and should have filed it with the District Court. Accordingly, the USCA clerk is ordered to transfer #1 to the Clerk of the District Court for ruling on the motion. (DK, ilcd) (Entered: 01/24/2006) |
| 01/23/2006 | 39 | MOTION for Leave to Appeal In Forma Pauperis by Mario R Lendos. (DK, ilcd) (Entered: 01/24/2006) |
| 01/26/2006 |  | TEXT ONLY ORDER granting 39 Motion for Leave to Appeal In Forma Pauperis as to Mario R Lendos (1). Entered by Judge Michael M. Mihm on 01/26/06. (KK, ilcd) (Entered: 01/26/2006) |
| 02/27/2006 | 40 | TRANSCRIPT of Proceedings as to Mario R Lendos held on 09/22/2005. Transcript filed conventionally and stored in file cabinet in clerk's office. (TP, ilcd) (Entered: 02/27/2006) |
| 03/03/2006 | 41 | MANDATE of USCA (certified copy) as to Mario R Lendos re 34 Notice of Appeal - Final Judgment. It it ordered that this appeal is dismissed for lack of jurisdiction. (DK, ilcd) (Entered: 03/03/2006) |
| 03/03/2006 | 42 | Appeal Record Returned as to Mario R Lendos: 34 Notice of Appeal - Final Judgment. No record returned as no Record on Appeal was forwarded to USCA. (DK, ilcd) (Entered: 03/03/2006) |
| 07/24/2006 | 43 | MOTION to Redress Grievances by Mario R Lendos. (DK, ilcd) (Entered: 07/24/2006) |




IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 04-40066 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| MARIO R. LENDOS and ) | Sections 841 and 846 |
| ANGELINA GUEVARA FUENTES LENDOS, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
(CONSPIRACY TO DISTRIBUTE HEROIN)

In or about November 2003, to on or about June 13, 2004, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**MARIO R. LENDOS and
ANGELINA GUEVARA FUENTES LENDOS,**

did conspire with persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), that is, to knowingly and intentionally distribute and possess with intent to distribute at least one kilogram of a mixture and substance containing a detectible amount of heroin, that is, approximately 13 kilograms of a mixture and substance containing heroin, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE HEROIN)

On or about June 13, 2004, in Henry County, in the Central District of Illinois, the defendants,

**MARIO R. LENDOS and
ANGELINA GUEVARA FUENTES LENDOS,**

did knowingly and intentionally possess with intent to distribute at least one kilogram of a mixture and substance containing a detectible amount of heroin, that is, approximately 13 kilograms of a mixture and substance containing heroin, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**A TRUE BILL**

_\_\_\_\_ a foreperson_
**FOREPERSON**

s/G. Harris
**JAN PAUL MILLER
UNITED STATES ATTORNEY
JKM**

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
Mario R. Lendos

JUDGMENT IN A CRIMINAL CASE

Case Number: 04-40066-001

USM Number: 13334-026

Steven W. Hanna
Defendant's Attorney

FILED
SEP 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   2

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC § 841 (a)(1) and (b)(1)(A) | Possession with Intent to Distribute Heroin | 6/13/2004 | 2 |

841

The defendant is sentenced as provided in pages 2 through  6  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  one (1)    ☑ is   ☐ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/22/2005
Date of Imposition of Judgment

s/ Michael M. Mihm
Signature of Judge

Michael M. Mihm     U.S. District Court
Name and Title of Judge

09/23/05
Date

AO 245B    (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page   2   of   6

DEFENDANT: Mario R. Lendos
CASE NUMBER: 04-40066-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

175 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant serve his sentence in a facility 1) that is as close to his family in Santa Ana, CA as possible, 2) that will allow him to participate in the Residential Drug Abuse Treatment Program, 3) that will maximize his exposure to educational and vocational opportunities.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before    p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
        DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: Mario R. Lendos
CASE NUMBER: 04-40066-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

5 years.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from ☐ excessive ☒ any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
              Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT: Mario R. Lendos
CASE NUMBER: 04-40066-001

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall refrain from any use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. You shall, at the direction of the probation office, participate in a program for substance abuse treatment including testing to determine whether you have used controlled substances and/or alcohol. You shall pay for these services as directed by the probation officer. 2. You shall not own, purchase, or possess a firearm, ammunition, or other dangerous weapon.

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: Mario R. Lendos
CASE NUMBER: 04-40066-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

**TOTALS** $ 0.00 $ 0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

  ☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

Judgment — Page  6  of  6

DEFENDANT: Mario R. Lendos
CASE NUMBER: 04-40066-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☑  Lump sum payment of $ __100.00__ due immediately, balance due

   ☐  not later than _____ , or
   ☐  in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

   Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.