**E-FILED**
Friday, 13 October, 2006  11:35:14 AM
Clerk, U.S. District Court, ILCD

Mr. Mario R. Lendos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

In Propria Persona



FILED

OCT 1 3 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**(AT ROCK ISLAND)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV.NO.:_____ |
| Plaintiff/Respondent, | CRM.NO.: 4:04-CR-40066-MMM |
| v. | PETITIONER'S NOTICE AND MOTION OF ADDITIONAL EXHIBITS IN FURTHER SUPPORT OF TITLE 28 U.S.C. SECTION 2255 MOTION |
| MARIOS R. LENDOS, | |
| Defendant/Petitioner. | |

Comes now, Petitioner, Mario R. Lendos, in propria persona, to respectfully file his Petitioner's Notice and Motion of Additional Exhibits in Further Support of his Title 28 U.S.C. Section 2255 Motion filed before this Honorable Court on or about September 22, 2006. This Notice and Motion is filed pursuant the Federal Rules of Civil and Criminal Procedure, the Rules Governing Title 28 U.S.C. Section 2255 Proceedings, and Petitioner does allege and state as follows:

1. Petitioner timely filed his Title 28 U.S.C. Section

2255 Motion on or about September 22, 2006.

2. Incorporated thereto, were Exhibits "A"-"B"-"C" & "D" in further support thereof.

3. Exhibits "B"-"C" & "D" were not timely returned to Petitioner by FCI Big Spring staff through the Inmate Mail System.

4. Petitioner, faced with a one year deadline, was then required to file his Title 28 U.S.C. Section 2255 on September 22, 2006, absent Exhibits "B"-"C" & "D", although said Exhibits were specifically incorporated by reference thereto in Ground One of the pleading.

5. This Notice and Motion are not meant to waste this Honorable Court's precious judicial resources, and these Exhibits do not raise any additional grounds. These Exhibits were specifically incorporated by reference in Petitioner's moving papers, and but for, FCI Big Spring's staff shortages, would have been included in the Petitioner's initial filing before this Honorable Court.

Wherefore, Petitioner respectfully requests this Honorable Court to grant receipt of Exhibits "B"-"C" & "D" as incorporated into Petitioner's Title 28 U.S.C. Section 2255 Motion in further support thereof, or any other relief this Honorable Court deems appropriate in the protection of Petitioner's constitutional rights as a pro se indigent prisoner.

Dated: October 6, 2004.

Respectfully submitted,

*Mario Lendos*

Mario R. Lendos

In Propria Persona

**(2)**

**E-FILED**
Friday, 13 October, 2006  11:35:55 AM
Clerk, U.S. District Court, ILCD

<u>**PETITIONER'S EXHIBIT "B"**</u>

<u>**DECLARATION OF ESPERANZA QUINTANILLA**</u>

Mr. Mario R. Landos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

In Propria Persona


IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

(AT ROCK ISLAND)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV.NO.:_____ |
| Plaintiff/Respondent, | ) | CRM.NO.: 4:04-CR-40066-MMM |
| | ) | |
| v. | ) | DECLARATION OF: |
| | ) | |
| MARIO R. LENDOS, | ) | ESPERANZA QUINTANILLA |
| Defendant/Petitioner. | ) | |
| | ) | |
| _____ | ) | |

I, Esperanza Quintanilla, do hereby declare as follows:

1. That I am over the age of 21 years.

2. That I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

3. That Mario R. Lendos, named in the above entitled cause and action, is my son.

4. That on or about June of 2004, I along with other members of my immediate family retained the services

of Mr. Steven W. Hanna, Attorney at Law, 418 16th Street, Moline, Illinois, 61265, for the approximate sum of ten-thousand ($10,000.00) dollars to represent my son in the above entitled cause and action.

5. That throughout my discussions with Mr. Hanna, I utilized the help of a Spanish to English interpreter, Ms. Cindy Manzano, because I do not speak English.

6. That on or about September 23, 2005, I received a phone call from my son requesting my assistance in contacting Mr. Hanna. My son was concerned about just being sentenced to one-hundred and seventy-five (175) months, and he could not contact Mr. Hanna by telephone because Mr. Hanna's telephone was blocked from receiving his collect calls. My son wanted to know what Mr. Hanna was going to do about filing a direct appeal for him, as he believed there had been some type of mistake in his sentencing. I told my son I would call Mr. Hanna immediately.

7. That I ultimately made two (2) telephone calls to Mr. Hanna, with the help of Ms. Cindy Manzano, between the dates of on or about September 27, 2005, and the first part of October, 2005. I asked Mr. Hanna what options my son had for an appeal. Mr. Hanna explained that he was unable to do my son's case, that there was no more actions in my son's case, and the matter was complicated. I expressed my intent at that point, to hire another attorney.

**(2)**

Mr. Hanna explained it would be a waste of my money, but it was my decision to make. I then asked Mr. Hanna if he would forward my son's entire criminal case file to me. Mr. Hanna explained he simply could not do that because the file contained confidential information. Mr. Hanna offered that he could send the file to another attorney of my choice, however, or if another attorney personally contacted him, he would mail the file directly to that attorney.

8. That I then contacted various other attorneys to see how much it would cost to retain them for filing my son's direct appeal in the above entitled cause and action. However, I was told their fees could range anywhere from thirty-thousand ($30,000.00) to fifty-thousand ($50.000.00) dollars. Unfortunately, neither I, nor my immediate family members had that kind of money available.

9. That when my son called thereafter, I explained to him that Mr. Hanna was unable to do his direct appeal, and that the family simply did not have the thirty-thousand ($30,000.00) to fifty-thousand ($50,000.00) dollars needed to hire another attorney for his appeal.

10. That had I known Mr. Hanna was required by law to file my son's Notice of Appeal, I would have specifically ordered him to do so on behalf of my son.

11. That I have had read to me in Spanish all of the facts described in paragraphs one (1) through ten (10)

**(3)**

herein, and agree that they are true and accurate to the best of my recollection, knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed at: *Santa Ana, Orange* County, California, on this: *28th* day of September, 2006.

Dated: September *28th*, 2006.

*Esperanza Quintanilla*
Esperanza Quintanilla

State of California )
                    ) SS.
County of Orange    )

On: *09/28/2006*, before me, *Rene Castillo (Notary Public)*
          Date                      Name and Title of Officer

Personally appeared: *Esperanza Quintanilla*
                          Name(s) of Signer(s)

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) (is)/are subscribed to the within instrument and acknowledged to me that he/(she)/they executed the same in his/(her)/their authorized capacity(ies), and that by his/(her)/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*R Castillo*

Notary Seal Above            Signature of Notary Public

RENE CASTILLO
Commission # 1376675
Notary Public - California
Orange County
My Comm. Expires Oct 21, 2006

(4)

**E-FILED**
Friday, 13 October, 2006  11:36:08 AM
Clerk, U.S. District Court, ILCD

**PETITIONER'S EXHIBIT "C"**

**DECLARATION OF CINDY MANZANO**

Mr. Mario R. Landos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

In Propria Persona


IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

(AT ROCK ISLAND)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIV.NO.:_____ |
| Plaintiff/Respondent, | ) | CRM.NO.: 4:04-CR-40066-MMM |
| v. | ) | DECLARATION OF: |
| MARIO R. LENDOS, | ) | CINDY MANZANO |
| Defendant/Petitioner. | ) | |

I, Cindy Manzano, do hereby declare as follows:

1. That I am over the age of 21 years.

2. That I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

3. That I acted as an English to Spanish translator between Mr. Steven W. Hanna, Attorney at Law, and Mrs. Esperanza Quintanilla. Mrs. Quintanilla is the mother of Mr. Mario R. Lendos, named in the above entitled cause

and action.

4. That during my initial conversations with Mr. Hanna, between on or about June of 2005, and September of 2005, regarding Mr. Mario Lendos' sentencing exposure, Mr. Hanna told me various aspects of the case, to which I relayed in Spanish to Mrs. Quintanilla. Among them, Mr. Hanna at first explained that Mr. Lendos' case was a drug case, and that Mr. Lendos would be subject to a seven (7) year prison sentence if he pled guilty. I asked Mr. Hanna what Mr. Lendos had to do to receive that sentence. Mr. Hanna explained that we just had to wait until Mr. Lendos was sentenced. I accurately relayed this information in Spanish to Mrs. Quintanilla at that time.

5. That shortly after Mr. Lendos was sentenced, on or about the latter part of September, 2005, and early part of October, 2005, I called Mr. Hanna twice on behalf of Mrs. Quintanilla. I asked Mr. Hanna what we could do to appeal Mr. Lendos' case. Mr. Hanna stated that he was unable to do so, as there was no choice or opportunity to appeal. I asked about other counsel filing the appeal, and Mr. Hanna stated that if we wanted to waste our money, to go ahead and do so. I then asked Mr. Hanna to send Mr. Lendos' case file to Mrs. Quintanilla. Mr. Hanna stated that was not possible because the files were confidential. Mr. Hanna further stated that the only way he could release the file was to another attorney, or if another attorney would ask for the

**(2)**

file, then he would send it. I accurately relayed this information in Spanish to Mrs. Quintanilla at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed at: ___Orange___ County, California, on this: 27th day of September, 2006.

Dated: September 27 , 2006.

*Cindy Manzano*
Cindy Manzano

State of California     )
                        ) SS.
County of Orange        )

On: _____ , before me, _____
         Date                    Name and Title of Officer

Personally appeared: _____
                         Name(s) of Signer(s)

[] proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

State of California, County of ___Orange___
Subscribed and sworn to (or affirmed) before me
on this 27th day of September, 20 06,
by CINDY MANZANO ,
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.

Signature: _____

Notary Seal Above        _____
                         Signature of Notary Public



GERARDO VILLA-LOBOS
COMM. #1663957
NOTARY PUBLIC ● CALIFORNIA
ORANGE COUNTY
Comm. Exp. MAY 4, 2010

(3)

E-FILED
Friday, 13 October, 2006  11:36:19 AM
Clerk, U.S. District Court, ILCD

**PETITIONER'S EXHIBIT "D"**

**DECLARATION OF RAFAEL AROSTICO**

Mr. Mario R. Landos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

In Propria Persona


IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

(AT ROCK ISLAND)


| UNITED STATES OF AMERICA, | ) | CIV.NO.:_____ |
|---|---|---|
| Plaintiff/Respondent, | ) | CRM.NO.: 4:04-CR-40066-MMM |
| v. | ) | DECLARATION OF: |
| MARIO R. LENDOS, | ) | RAFAEL AROSTICO |
| Defendant/Petitioner. | ) | |

I, Rafael Arostico, do hereby declare as follows:

1. That I am over the age of 21 years.

2. That I have personal knowledge of the following facts, and if called to testify, I could and would competently testify thereto.

3. That Mario R. Lendos, named in the above entitled cause and action, is personally known to me.

4. That on or about September 23, 2005, I received a telephone call from Mr. Lendos expressing his concern that

some type of mistake had been made in his case, because he was sentenced to one-hundred and seventy-five (175) months of imprisonment in the above entitled cause and action. Mr. Lendos further expressed his anguish, in that he had been unable to contact his attorney, Mr. Steven W. Hanna to file an appeal for him. Mr. Lendos expressly asked me to call Mr. Hanna and relay his wishes about appealing his case, because he was unable to do so. Apparently, Mr. Hanna's telephone was blocked from receiving any collect calls from Mr. Lendos.

5. That between on or about September 27, 2005, and the first few days of October, 2005, I was finally able to reach Mr. Hanna by telephone. I specifically asked Mr. Hanna about appealing Mr. Lendos' case, and relayed Mr. Lendos' concerns stated in paragraph four (4) herein. Mr. Hanna responded that he had done everything he could, but that Mr. Lendos had no possibility for appeal. Mr. Hanna specifically stated he thought that there was nothing else that could be done in Mr. Lendos' case. Mr. Hanna was adamant, in that he further stated if we wanted to waste our money by filing a direct appeal for Mr. Lendos, it was on us to hire another attorney for appeal. I then asked Mr. Hanna about obtaining Mr. Lendos' case file. Mr. Hanna stated that he could give the file to

**(2)**

another attorney, or if I, or Mr. Lendos' family wanted a copy, we could obtain it on the Internet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed at: _____Orange_____ County, California, on this: 27th day of September, 2006.

Dated: September 27, 2006.

Rafael Arostico

State of California    )
                       ) SS.
County of Orange       )

On:_____, before me, _____
        Date                    Name and Title of Officer

Personally appeared:_____
                            Name(s) of Signer(s)

[] proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.



State of California, County of ___Orange___
Subscribed and sworn to (or affirmed) before me
on this 27th day of September, 20 06,
by RAFAEL AROSTICO
personally known to me or proved to me on the
basis of satisfactory evidence to be the person(s)
who appeared before me.
Signature: _____

Notary Seal Above        Signature of Notary Public

GERARDO VILLA-LOBOS
COMM. #1663957
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. MAY 4, 2010

(3)

# C E R T I F I C A T E   O F   S E R V I C E

I, __Mario R. Lendos_____, hereby certify that I have

served a true and correct copy of the following:

   1. **PETITIONER'S NOTICE AND MOTION OF ADDITIONAL
      EXHIBITS IN FURTHER SUPPORT OF TITLE 28 U.S.C.
      SECTION 2255 MOTION,**


which is deemed filed at the time it was delivered to prison

authorities for forwarding,*<u>Houston v. Lack</u>, 487 U.S. 266

(1988), upon the (plaintiff/defendant) (petitioner/respondent)

(appellant/appellee) and/or its attorney(s) of record by placing

same in a sealed first-class postage prepaid envelope addressed

to:    **UNITED STATES ATTORNEY'S OFFICE
       1830 2nd AVENUE, SUITE 320
       ROCK ISLAND, ILLINOIS 61201**



and deposited into this institution internal mail system located

at FCI BIG SPRING, 1900 Simler Avenue, Big Spring, Texas 79720,

on this__6__th day of__October_____,200_6_


                         _Mario Lendos_____
                         **Mario R. Lendos
                         Fed.Reg.No.: 13334-026
                         Federal Correctional Institution
                         1900 Simler Avenue
                         Big Spring, Texas 79720**

*Pursuant to Fed.R.App.P25(a)(2)(c), "A paper filed by an inmate confined
in an institution is timely filed if deposited in the institution's
internal mail system on or before the last day for filing."