E-FILED
Tuesday, 17 October, 2006  08:37:41 AM
Clerk, U.S. District Court, ILCD

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.  06-4066 | A. Signature<br>X  /s/ Verbeke    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  G Verbeke   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Attorney's Office<br>Suite 300<br>1830 Second Avenue<br>Rock Island, IL  61201<br><br>OCT 1  2006<br><br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7005 0390 0002 9179 0936 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |