E-FILED

Thursday, 11 January, 2007 04:28:35 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Mario Lendos**

vs.                                                    Case Number:   **06-4066**

**United States of America**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is DISMISSED.  Case terminated.------------------------------------------------------------------

ENTER this 11th day of January, 2007

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK