E-FILED
Monday, 12 March, 2007  03:36:57 PM
Clerk, U.S. District Court, ILCD

Mr. Mario R. Lendos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

In Propria Persona

**FILED**

MAR 1 2 2007

U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

IN THE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIO R. LENDOS, ) | |
| ) | |
| Appellant/Petitioner, ) | CIV.NO.: 06-4006-MMM |
| ) | |
| v. ) | CRM.NO.: 4:04-CR-4066-MMM |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee/Respondent. ) | |

### PETITIONER'S PRO SE NOTICE OF APPEAL

Notice is hereby given that Mario R. Lendos, Appellant/Petitioner in the above referenced matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Order denying Petitioner's application for a Writ of Habeas Corpus under Title 28 U.S.C. Section 2255, entered in this action on January 9, 2007.

This Notice of Appeal is filed in compliance with the Federal Rules of Appellate Procedure for Civil Cases, Rule 4(a)(1)(B), which provides: "[W]hen the United States or its officer or agency is a party, the notice of appeal may be

filed by any party within 60 days after judgment or order appealed from is entered." Id.

Wherefore, Petitioner respectfully requests this Honorable Court to take judicial notice of his Notice of Appeal and any other relief warranted in the protection of his constitutional rights and the liberal construction of pro se indigent prisoner's pleadings.

Dated: March 7, 2007.

Respectfully submitted,

*Mario Lendos*
Mario R. Lendos

In Propria Persona