**E-FILED**
Monday, 12 March, 2007  04:19:46 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                Docket No.: 06-4066

Division: Rock Island

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

Mario R Lendos                             v.      United States of America

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Mario R Lendos | Name: John K Mehochko |
| Firm: BIG SPRINGS FCI | Firm: US ATTY |
| Address: 1900 Simler Avenue | Address: 1830 Second Avenue |
| Big Spring, TX  79720 | Rock Island, IL  61201 |
| Phone: 432-263-6699 | Phone: 309-793-5884 |

---

| | |
|---|---|
| Judge: Michael M Mihm | Nature of Suit Code:  510 |
| Court Reporter: Karen Hanna | Date Filed in District Court:  10/06/2006 |
| | Date of Judgment: 01/11/2007 |
| | Date of Notice of Appeal: 03/12/2007 |

Counsel:   ___Appointed        ___Retained    _X_ Pro Se

Fee Status:    ___Paid        ___Due        ___IFP      _X_ IFP Pending      ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; _X_ pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  __13331-026__

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**