AO 240 (Rev. 6/86) Application to Proceed

E-FILED
Monday, 12 March, 2007 04:30:17 PM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
MAR 12 2007
U.S. CLERK'S OFFICE

| | |
|---|---|
| MARIO LENDOS, ) | APPLICATION TO PROCEED IN |
| ) | FORMA PAUPERIS, SUPPORTING |
| Appellant/Petitioner, ) | DOCUMENTATION AND ORDER |
| v. ) | |
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 06-4066 |
| Appellee/Respondent. ) | |

I, __Mario Lendos_____, declare that I am the *(check appropriate box)*

- ☐ petitioner/plaintiff
- ☒ Appellant/Petitioner
- ☐ respondent/defendant
- ☐ _____ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Ineffective assistance of appellate counsel in violation of my Sixth Amendment rights to the constitution of the United States of America.

In further support of this application, I answer the following questions.

1. Are you presently employed?  Yes ☒  No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and, give the name and address of your employer. (list both gross and net salary)
   
   I work at FCI Big Spring and earn approximately $70.00 a month.
   
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   N/A

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐  No ☒
   b. Rent payments, interest or dividends?                    Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐  No ☒
   d. Gifts or inheritances?                                   Yes ☐  No ☒
   e. Any other sources?                                       Yes ☒  No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I receive approximately $ _150_.00 a month from my family and friends.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes [X]   No [ ]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   
   I have approximately $ _94_.00 on my prison account.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]   No [X]
   If the answer is "yes," describe the property and state its approximate value.
   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 6, 2007.__          _[signature: Mario Lendos]_
              (Date)                         Signature of Applicant
                                         Mario Lendos

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __88.24__ on account to his credit at the __FCI Big Spring, TX__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __none__

I further certify that during the last six months the applicant's average balance was $ __93.15__

_[signature: J Raylene Daniel, Trust Fund Tech]_
Authorized Officer of Institution

6mts deposits $1736.64

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| States Judge     Date | States Judge     Date |
|  | or Magistrate |

(4)

| | | |
|---|---|---|
| Date: 03/06/2007 | Federal Bureau of Prisons | Facility: BIG |
| Time: 11:17:58 am | TRUFACS | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

**Start Date:** 06/06/2006
**End Date:** 03/06/2007
**Inmate Reg#:** 13334026
**Account Status:** All
**Institution:** All

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | BIG-R | Account Creation Date: | 10/3/2005 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 06/06/2006 11:04:35 AM | 3 | | | Sales | ($15.00) | | $174.36 |
| BIG | 06/06/2006 05:32:25 PM | ITS0606 | | | Phone Withdrawal | ($20.00) | | $154.36 |
| BIG | 06/06/2006 06:14:32 PM | 147 | | | Sales | ($47.05) | | $107.31 |
| BIG | 06/09/2006 09:07:58 AM | FIPP0506 | | | Payroll - IPP | $47.85 | | $155.16 |
| BIG | 06/12/2006 07:37:01 PM | ITS0612 | | | Phone Withdrawal | ($15.00) | | $140.16 |
| BIG | 06/13/2006 06:04:52 PM | 131 | | | Sales | ($100.65) | | $39.51 |
| BIG | 06/16/2006 11:02:20 AM | 5 | | | Sales | ($17.00) | | $22.51 |
| BIG | 06/19/2006 05:20:26 PM | 101 | | | Sales | ($22.30) | | $0.21 |
| BIG | 06/23/2006 05:31:04 AM | 70160501 | | | Lockbox - CD | $50.00 | | $50.21 |
| BIG | 06/24/2006 10:49:56 PM | ITS0624 | | | Phone Withdrawal | ($10.00) | | $40.21 |
| BIG | 07/02/2006 05:09:11 AM | 70161102 | | | Lockbox - CD | $40.00 | | $80.21 |
| BIG | 07/07/2006 05:45:42 PM | 126 | | | Sales | ($58.85) | | $21.36 |
| BIG | 07/08/2006 06:43:22 PM | ITS0708 | | | Phone Withdrawal | ($10.00) | | $11.36 |
| BIG | 07/10/2006 09:41:24 AM | FIPP0606 | | | Payroll - IPP | $70.85 | | $82.21 |
| BIG | 07/11/2006 05:22:57 AM | 70161601 | | | Lockbox - CD | $50.00 | | $132.21 |
| BIG | 07/14/2006 05:42:14 PM | 144 | | | Sales | ($93.00) | | $39.21 |
| BIG | 07/15/2006 06:19:46 PM | ITS0715 | | | Phone Withdrawal | ($19.00) | | $20.21 |
| BIG | 07/18/2006 05:35:50 AM | 70162101 | | | Lockbox - CD | $50.00 | | $70.21 |
| BIG | 07/18/2006 11:46:42 AM | 68 | | | Sales | ($0.45) | | $69.76 |
| BIG | 07/21/2006 05:39:18 PM | 119 | | | Sales | ($54.05) | | $15.71 |
| BIG | 07/25/2006 11:13:54 AM | 14 | | | Sales | ($3.90) | | $11.81 |

| | | | Federal Bureau of Prisons | | Facility: BIG |
|---|---|---|---|---|---|
| Date: 03/06/2007 | | | TRUFACS | | |
| Time: 11:17:58 am | | | **Inmate Statement** | | |
| | | | Sensitive But Unclassified | | |

### General Information

| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
|---|---|---|---|
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | BIG-R | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 07/28/2006 06:13:39 PM | 121 | | | Sales | ($7.50) | | $4.31 |
| BIG | 07/28/2006 06:19:26 PM | 149 | | | Sales | ($2.10) | | $2.21 |
| BIG | 08/03/2006 09:02:17 AM | 70163301 | | | Lockbox - CD | $50.00 | | $52.21 |
| BIG | 08/04/2006 06:47:31 PM | 152 | | | Sales | ($18.50) | | $33.71 |
| BIG | 08/04/2006 06:55:50 PM | 159 | | | Sales | ($4.00) | | $29.71 |
| BIG | 08/06/2006 09:31:05 PM | ITS0806 | | | Phone Withdrawal | ($15.00) | | $14.71 |
| BIG | 08/10/2006 10:08:52 AM | FIPP0706 | | | Payroll - IPP | $67.68 | | $82.39 |
| BIG | 08/10/2006 09:11:00 PM | ITS0810 | | | Phone Withdrawal | ($22.00) | | $60.39 |
| BIG | 08/11/2006 05:54:01 PM | 26 | | | Sales | ($60.05) | | $0.34 |
| BIG | 08/12/2006 05:03:22 AM | 70164001 | | | Lockbox - CD | $50.00 | | $50.34 |
| BIG | 08/12/2006 05:03:26 AM | 70164001 | | | Lockbox - CD | $50.00 | | $100.34 |
| BIG | 08/18/2006 12:04:20 PM | 60 | | | Sales | ($10.25) | | $90.09 |
| BIG | 08/18/2006 05:25:29 PM | 119 | | | Sales | ($36.70) | | $53.39 |
| BIG | 08/22/2006 05:03:03 PM | 153 | | | Sales | ($43.70) | | $9.69 |
| BIG | 08/26/2006 05:27:05 AM | 70165001 | | | Lockbox - CD | $50.00 | | $59.69 |
| BIG | 08/27/2006 09:58:50 PM | ITS0827 | | | Phone Withdrawal | ($15.00) | | $44.69 |
| BIG | 08/29/2006 05:23:47 AM | 70165101 | | | Lockbox - CD | $60.00 | | $104.69 |
| BIG | 08/29/2006 05:19:36 PM | 163 | | | Sales | ($51.75) | | $52.94 |
| BIG | 08/31/2006 11:29:54 AM | 46 | | | Sales | ($15.00) | | $37.94 |
| BIG | 09/04/2006 10:48:24 PM | ITS0904 | | | Phone Withdrawal | ($17.00) | | $20.94 |
| BIG | 09/06/2006 05:44:23 AM | 70165601 | | | Lockbox - CD | $50.00 | | $70.94 |
| BIG | 09/06/2006 06:56:27 AM | 26 | | | Sales | ($31.95) | | $38.99 |
| BIG | 09/08/2006 09:37:18 AM | FIPP0806 | | | Payroll - IPP | $10.92 | | $49.91 |
| BIG | 09/09/2006 05:11:08 AM | 70165901 | | | Lockbox - CD | $45.00 | | $94.91 |
| BIG | 09/09/2006 10:23:28 PM | ITS0909 | | | Phone Withdrawal | ($24.00) | | $70.91 |
| BIG | 09/12/2006 05:28:29 PM | 207 | | | Sales | ($36.35) | | $34.56 |
| BIG | 09/15/2006 05:07:39 AM | 70166301 | | | Lockbox - CD | $100.00 | | $134.56 |
| BIG | 09/18/2006 12:29:25 PM | 127 | | | Sales | ($7.70) | | $126.86 |
| BIG | 09/19/2006 11:49:35 AM | 78 | | | Sales | ($1.35) | | $125.51 |
| BIG | 09/21/2006 11:16:00 AM | 21 | | | Sales | ($12.45) | | $113.06 |

Date: 03/06/2007  
Time: 11:17:58 am  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: BIG

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | BIG-R | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 09/23/2006 10:20:55 PM | ITS0923 | | | Phone Withdrawal | ($23.00) | | $90.06 |
| BIG | 09/29/2006 05:31:18 AM | 70167301 | | | Lockbox - CD | $150.00 | | $240.06 |
| BIG | 10/03/2006 06:51:13 AM | 29 | | | Sales | ($72.95) | | $167.11 |
| BIG | 10/06/2006 05:23:00 PM | ITS1006 | | | Phone Withdrawal | ($27.00) | | $140.11 |
| BIG | 10/09/2006 05:01:10 AM | 70167903 | | | Lockbox - CD | $50.00 | | $190.11 |
| BIG | 10/10/2006 09:34:19 AM | GIPP0906 | | | Payroll - IPP | $35.70 | | $225.81 |
| BIG | 10/11/2006 07:22:33 AM | 49 | | | Sales | ($44.45) | | $181.36 |
| BIG | 10/15/2006 09:04:59 PM | ITS1015 | | | Phone Withdrawal | ($25.00) | | $156.36 |
| BIG | 10/17/2006 07:02:45 AM | 28 | | | Sales | ($36.85) | | $119.51 |
| BIG | 10/19/2006 12:23:28 PM | 94 | | | Sales | ($4.50) | | $115.01 |
| BIG | 10/22/2006 03:04:43 PM | 33301607 | | | Western Union | $140.00 | | $255.01 |
| BIG | 10/24/2006 06:10:20 AM | 3 | | | Sales | ($105.80) | | $149.21 |
| BIG | 10/26/2006 11:51:38 AM | 61 | | | Sales | ($15.00) | | $134.21 |
| BIG | 10/29/2006 01:32:27 PM | ITS1029 | | | Phone Withdrawal | ($14.00) | | $120.21 |
| BIG | 11/07/2006 07:12:38 AM | 37 | | | Sales | ($55.60) | | $64.61 |
| BIG | 11/09/2006 09:23:11 AM | GIPP1006 | | | Payroll - IPP | $26.18 | | $90.79 |
| BIG | 11/10/2006 05:31:19 AM | 70170301 | | | Lockbox - CD | $100.00 | | $190.79 |
| BIG | 11/12/2006 12:43:46 PM | ITS1112 | | | Phone Withdrawal | ($20.00) | | $170.79 |
| BIG | 11/14/2006 12:33:01 PM | ITS2CONV | | | Phone Rev With Rel | $13.56 | | $184.35 |
| BIG | 11/15/2006 06:30:18 AM | 11 | | | Sales | ($66.70) | | $117.65 |
| BIG | 11/16/2006 11:29:47 AM | 67 | | | Sales | ($4.20) | | $113.45 |
| BIG | 11/17/2006 12:35:33 PM | TFN1117 | | | Phone Withdrawal | ($20.00) | | $93.45 |
| BIG | 11/20/2006 10:40:31 AM | 335 | | | SPO | | ($47.80) | |
| BIG | 11/22/2006 04:21:35 PM | TFN1122 | | | Phone Withdrawal | ($20.00) | | $73.45 |
| BIG | 11/25/2006 10:03:12 PM | TFN1125 | | | Phone Withdrawal | ($10.00) | | $63.45 |
| BIG | 11/26/2006 08:41:39 PM | TFN1126 | | | Phone Withdrawal | ($5.00) | | $58.45 |
| BIG | 11/28/2006 05:11:10 AM | 70171401 | | | Lockbox - CD | $100.00 | | $158.45 |
| BIG | 11/28/2006 11:24:33 AM | 35 | | | Sales | ($2.40) | | $156.05 |
| BIG | 11/30/2006 11:42:07 AM | 41 | | | Sales | ($12.10) | | $143.95 |
| BIG | 12/02/2006 12:39:33 PM | TFN1202 | | | Phone Withdrawal | ($26.00) | | $117.95 |

| | | | | |
|---|---|---|---|---|
| Date: 03/06/2007 | | Federal Bureau of Prisons | | Facility: BIG |
| Time: 11:17:58 am | | TRUFACS | | |
| | | **Inmate Statement** | | |
| | | Sensitive But Unclassified | | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | BIG-R | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 12/03/2006 02:33:19 PM | TFN1203 | | | Phone Withdrawal | ($20.00) | | $97.95 |
| BIG | 12/04/2006 04:06:33 PM | 33304607 | | | Western Union | $120.00 | | $217.95 |
| BIG | 12/04/2006 09:28:09 PM | TFN1204 | | | Phone Withdrawal | ($10.00) | | $207.95 |
| BIG | 12/05/2006 06:49:00 AM | 24 | | | Sales | ($74.60) | | $133.35 |
| BIG | 12/08/2006 08:09:25 AM | GIPP1106 | | | Payroll - IPP | $26.18 | | $159.53 |
| BIG | 12/09/2006 08:26:03 PM | TFN1209 | | | Phone Withdrawal | ($11.00) | | $148.53 |
| BIG | 12/10/2006 07:24:51 PM | TFN1210 | | | Phone Withdrawal | ($20.00) | | $128.53 |
| BIG | 12/12/2006 06:13:18 AM | 2 | | | Sales | ($63.70) | | $64.83 |
| BIG | 12/12/2006 06:18:18 AM | 4 | | | Sales | $9.60 | | $74.43 |
| BIG | 12/12/2006 11:41:49 AM | 53 | | | Sales | ($5.55) | | $68.88 |
| BIG | 12/19/2006 07:03:24 AM | 21 | | | Sales | ($20.70) | | $48.18 |
| BIG | 12/23/2006 09:56:48 AM | 70173301 | | | Lockbox - CD | $100.00 | | $148.18 |
| BIG | 12/24/2006 01:18:28 PM | TFN1224 | | | Phone Withdrawal | ($20.00) | | $128.18 |
| BIG | 12/27/2006 06:48:16 AM | 15 | | | Sales | ($39.55) | | $88.63 |
| BIG | 12/28/2006 08:30:17 PM | TFN1228 | | | Phone Withdrawal | ($30.00) | | $58.63 |
| BIG | 12/29/2006 06:22:09 PM | TFN1229 | | | Phone Withdrawal | ($10.00) | | $48.63 |
| BIG | 12/29/2006 09:05:24 PM | 33306507 | | | Western Union | $50.00 | | $98.63 |
| BIG | 01/03/2007 05:47:33 PM | 67 | | | Sales | ($50.45) | | $48.18 |
| BIG | 01/04/2007 01:11:19 PM | 06DECU | | | Payroll - UNICOR | $16.74 | | $64.92 |
| BIG | 01/08/2007 05:00:29 AM | 70174103 | | | Lockbox - CD | $50.00 | | $114.92 |
| BIG | 01/08/2007 11:01:27 AM | 335 | | | SPO - Released | | $47.80 | |
| BIG | 01/08/2007 11:01:27 AM | 4 | | | Sales | ($43.80) | | $71.12 |
| BIG | 01/08/2007 08:20:25 PM | TFN0108 | | | Phone Withdrawal | ($21.00) | | $50.12 |
| BIG | 01/09/2007 05:24:17 PM | 121 | | | Sales | ($34.60) | | $15.52 |
| BIG | 01/09/2007 05:26:05 PM | 122 | | | Sales | ($7.80) | | $7.72 |
| BIG | 01/10/2007 08:38:25 AM | GIPP1206 | | | Payroll - IPP | $24.99 | | $32.71 |
| BIG | 01/13/2007 05:30:31 AM | 70174601 | | | Lockbox - CD | $50.00 | | $82.71 |
| BIG | 01/13/2007 04:34:52 PM | TFN0113 | | | Phone Withdrawal | ($10.00) | | $72.71 |
| BIG | 01/14/2007 06:49:27 PM | TFN0114 | | | Phone Withdrawal | ($22.00) | | $50.71 |
| BIG | 01/16/2007 11:08:32 AM | 7 | | | Sales | ($16.90) | | $33.81 |

Date: 03/06/2007  Federal Bureau of Prisons  Facility: BIG
Time: 11:17:59 am
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | BIG-R | Account Creation Date: | 10/3/2005 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | 01/17/2007 07:12:03 AM | 30 | | | Sales | $0.00 | | $33.81 |
| BIG | 01/17/2007 07:12:30 AM | 32 | | | Sales | ($29.95) | | $3.86 |
| BIG | 01/23/2007 05:06:33 AM | 70175101 | | | Lockbox - CD | $50.00 | | $53.86 |
| BIG | 01/24/2007 06:53:28 AM | 22 | | | Sales | ($49.15) | | $4.71 |
| BIG | 01/30/2007 05:04:03 AM | 70175601 | | | Lockbox - CD | $50.00 | | $54.71 |
| BIG | 01/30/2007 11:24:38 AM | 26 | | | Sales | ($4.10) | | $50.61 |
| BIG | 01/31/2007 03:40:38 PM | TFN0131 | | | Phone Withdrawal | ($10.00) | | $40.61 |
| BIG | 02/01/2007 11:06:48 AM | 48 | | | Sales | ($17.45) | | $23.16 |
| BIG | 02/02/2007 08:44:38 AM | 07JANU | | | Payroll - UNICOR | $28.25 | | $51.41 |
| BIG | 02/05/2007 03:47:28 PM | TFN0205 | | | Phone Withdrawal | ($10.00) | | $41.41 |
| BIG | 02/11/2007 05:14:13 AM | 70176502 | | | Lockbox - CD | $150.00 | | $191.41 |
| BIG | 02/11/2007 07:52:55 PM | TFN0211 | | | Phone Withdrawal | ($10.00) | | $181.41 |
| BIG | 02/13/2007 11:22:23 AM | 50 | | | Sales | ($1.55) | | $179.86 |
| BIG | 02/13/2007 05:26:54 PM | 148 | | | Sales | ($153.90) | | $25.96 |
| BIG | 02/14/2007 03:42:44 PM | TFN0214 | | | Phone Withdrawal | ($15.00) | | $10.96 |
| BIG | 02/21/2007 08:21:06 PM | TFN0221 | | | Phone Withdrawal | ($10.00) | | $0.96 |
| BIG | 02/25/2007 05:09:39 AM | 70177402 | | | Lockbox - CD | $60.00 | | $60.96 |
| BIG | 02/25/2007 06:04:28 PM | 33310607 | | | Western Union | $100.00 | | $160.96 |
| BIG | 02/26/2007 04:57:53 PM | TFN0226 | | | Phone Withdrawal | ($10.00) | | $150.96 |
| BIG | 02/27/2007 05:45:19 PM | 184 | | | Sales | ($101.30) | | $49.66 |
| BIG | 03/01/2007 11:16:39 AM | 23 | | | Sales | ($2.55) | | $47.11 |
| BIG | 03/02/2007 11:55:47 AM | 07FEBU | | | Payroll - UNICOR | $52.68 | | $99.79 |
| BIG | 03/03/2007 11:10:15 PM | TFN0303 | | | Phone Withdrawal | ($10.00) | | $89.79 |
| BIG | 03/06/2007 11:06:44 AM | 10 | | | Sales | ($1.55) | | $88.24 |
| | **Total Transactions:** | **135** | | | **Totals:** | **($101.12)** | **$0.00** | |

| | |  | |
|---|---|---|---|
| Date: 03/06/2007 | Federal Bureau of Prisons | | Facility: BIG |
| Time: 11:17:59 am | TRUFACS | | |
| | **Inmate Statement** | | |
| | Sensitive But Unclassified | | |

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 13334026 | Living Quarters: | R02-094L |
| Inmate Name: | LENDOS, MARIO R | Arrived From: | OKL |
| Current Site Name: | Big Spring FCI | Transferred To: | |
| Housing Unit: | BIG-R | Account Creation Date: | 10/3/2005 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BIG | $88.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88.24 |
| **Totals:** | **$88.24** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$88.24** |

# CERTIFICATE OF SERVICE

I, Mario R. Lendos, hereby certify that I have served a true and correct copy of the following:

1. PETITIONER'S PRO SE NOTICE OF APPEAL, and,
2. APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER,

which is deemed filed at the time it was delivered to prison authorities for forwarding,*<u>Houston v. Lack</u>, 487 U.S. 266 (1988), upon the (plaintiff/defendant) (petitioner/respondent) (appellant/appellee) and/or its attorney(s) of record by placing same in a sealed first-class postage prepaid envelope addressed to:

UNITED STATES ATTORNEY'S OFFICE
1830 SECOND AVENUE, SUITE 320
ROCK ISLAND, ILLINOIS 61201

and deposited into this institution internal mail system located at FCI BIG SPRING, 1900 Simler Avenue, Big Spring, Texas 79720, on this 7 th day of March ,2007

*signature*
Mario R. Lendos
Fed.Reg.No.: 13334-026
Federal Correctional Institution
1900 Simler Avenue
Big Spring, Texas 79720

*Pursuant to Fed.R.App.P25(a)(2)(c), "A paper filed by an inmate confined in an institution is timely filed if deposited in the institution's internal mail system on or before the last day for filing."

(5)