

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

April 6, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

          RE:     Mario R. Lendos
          USDC:  Docket No.  06-4066

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    1 **Volumes of Pleadings**

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                Very truly yours,

                JOHN M. WATERS, CLERK

                BY:_____s/T. Peeples_____
                    Deputy Clerk