# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                                                                      (312)435-5850

**To:**   **District Court Clerk's Office**

**Re:**   **Notice of Docketing**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 4/9/07 |
| Appellate Court No.: | 07-1803 |
| Short Caption: | Lendos, Mario R. v. USA |
| District Court Judge: | Judge Mihm |
| District Court No.: | 06 C 4066 |

If you have any questions regarding this appeal, please call this office.

**cc:**   **Karen Hanna**