E-FILED
Friday, 13 April, 2007  10:14:09 AM
Clerk, U.S. District Court, ILCD



# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

**OFFICE OF THE CLERK**
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

April 6, 2007

U.S.C.A. — 7th Circuit
RECEIVED
APR 1 0 2007   KLY
GINO J. AGNELLO
CLERK

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE:       Mario R. Lendos
USDC:     Docket No.  06-4066

**FILED**

APR 1 3 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

1 **Volumes of Pleadings**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:_____s/T. Peeples_____
        Deputy Clerk

06-4066 Lendos Appeal long rec 2 7CA 040607.wpd