E-FILED
Tuesday, 17 April, 2007 04:51:42 PM
Clerk, U.S. District Court, ILCD

FILED
APR 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

April 6, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

07 - 1803

07-1803

U.S.C.A. – 7th Circuit
RECEIVED
APR 10 2007  JIR
GINO J. AGNELLO
CLERK

RE:    Mario R. Lendos
USDC:  Docket No. 06-4066

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

**1 Volumes of Pleadings**

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A. – 7th Circuit
FILED
APR 11 2007  DW
GINO J. AGNELLO
CLERK
DOC. # 2092948-1

Very truly yours,

JOHN M. WATERS, CLERK

BY:_____s/T. Peeples_____
    Deputy Clerk

**ON AIMS**
APR 11 2007
DW

06-4066 Lendos Appeal long rec 2 7CA 040607.wpd