E-FILED
Wednesday, 01 August, 2007  11:39:49 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604



Submitted July 13, 2007
Decided July 30, 2007

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

No. 07-1803

| | |
|---|---|
| MARIO R. LENDOS,<br>*Movant-Appellant*, | Appeal from the United States District Court for the Central District of Illinois |
| v. | No. 06-4066 |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee*. | Michael M. Mihm,<br>*Judge*. |

**O R D E R**

Mario Lendos has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Lendos' motion to proceed in forma pauperis is also DENIED.