E-FILED
 Wednesday, 26 September, 2007  06:41:41 PM
 Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:     September 21, 2007

TO:       John M. Waters
          United States District Court
          Central District of Illinois
          Room 40
          211 - 19th Street
          Rock Island, IL  61201

FROM:     Clerk of the Court

RE:       07-1803
          Lendos, Mario R. v. USA
          06 C 4066, Michael M. Mihm, Judge

FILED
SEP 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

| ENCLOSED: | | TO BE RETURNED AT LATER DATE: |
|---|---|---|
| [1] | Volumes of pleadings | [ ] |
| [ ] | Volumes of loose pleadings | [ ] |
| [ ] | Volumes of transcripts | [ ] |
| [ ] | Volumes of exhibits | [ ] |
| [ ] | Volumes of depositions | [ ] |
| [ ] | In Camera material | [ ] |
| [ ] | Other_____ | [ ] |
| | Record being retained for use in Appeal No. _____ | [ ] |

Copies of this notice sent to:         Counsel of record
[ ]    United States Marshal
[ ]    United States Probation Office

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date:  9/25/07                          S/Denise Koester
(1071-120397)                           Deputy Clerk, U.S. District Court

**CERTIFIED COPY**

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

Submitted July 13, 2007
Decided July 30, 2007

**FILED**
SEP 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

No. 07-1803

| | |
|---|---|
| MARIO R. LENDOS,<br>*Movant-Appellant*, | Appeal from the United States District Court for the Central District of Illinois |
| v. | No. 06-4066 |
| UNITED STATES OF AMERICA,<br>*Respondent-Appellee*. | Michael M. Mihm,<br>*Judge*. |

**O R D E R**

Mario Lendos has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Lendos' motion to proceed in forma pauperis is also DENIED.

A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit