E-FILED
Wednesday, 26 September, 2007 07:02:17 PM
Clerk, U.S. District Court, ILCD

CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted July 13, 2007
Decided July 30, 2007

FILED
SEP 2 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

| | |
|---|---|
| No. 07-1803 | |
| MARIO R. LENDOS,<br>*Movant-Appellant,*<br><br>*v.*<br><br>UNITED STATES OF AMERICA,<br>*Respondent-Appellee.* | Appeal from the United States District Court for the Central District of Illinois<br><br>No. 06-4066<br><br>Michael M. Mihm,<br>*Judge.* |

### O R D E R

Mario Lendos has filed a notice of appeal from the denial of his motion under 28 U.S.C. § 2255, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is DENIED. Lendos' motion to proceed in forma pauperis is also DENIED.

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit